MICHAEL J. DUVALL (Bar No. 276994)
POOJA L. SHAH (Bar No. 330550)
pooja.shah@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

FRIDRIKH V. SHRAYBER
(*pro hac vice* pending, Pa. Id. No. 208083)
fred.shrayber@dentons.com
ALEXIS B. THURSTON
(*pro hac vice* pending, Pa. Id. No. 331790)
lexie.thurston@dentons.com
DENTONS COHEN & GRIGSBY P.C.
625 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 297-4900
Facsimile: (412) 209-1975

Attorneys for Defendant
Ulta Salon, Cosmetics & Fragrance, Inc.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

RAEANON HARTIGAN, individually, and on behalf of all others similarly situated,

Plaintiff,

vs.

ULTA SALON, COSMETICS & FRAGRANCE, INC.

Defendant.

Case No. 3:26-CV-04007-JO-VET

**NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FRCP 12(b)(1) AND 12(b)(6)**

Judge: Honorable Jinsook Ohta

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on a date and time to be set by the Court[1] in Courtroom 13(b) of James M. Carter and Judith N. Keep Courthouse, 333 West Broadway, San Diego California 92101, before the Honorable Jinsook Ohta, Defendant Ulta Salon, Cosmetics & Fragrance, Inc. ("Ulta") will and hereby does move for an order dismissing Plaintiff Raeanon Hartigan ("Hartigan") claims against it in her Class Action Complaint ("Complaint"). This motion is made pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

The Court should dismiss Hartigan's Complaint because, based solely on the matters pled in the Complaint and incorporated by reference therein, (1) Hartigan lacks Article III standing to bring her claims, and (2) Hartigan has failed to allege facts sufficient to support her claims under ECPA, CIPA or California common law.

This Motion is based on this Notice, the Memorandum and Point of Authorities filed herewith, the pleadings on file, and such other matters as the Court may consider.

This Motion is made following the conference of counsel pursuant to Judge Ohta's Civil Chambers Rules, which took place via videoconference on September 8, 2026 and which is detailed more fully in the attached Declaration of Alexis B. Thurston.

Dated: September 15, 2026

DENTONS U.S. LLP

By: */s/ Pooja L. Shah*
Michael J. Duvall
Pooja L. Shah

Attorneys for Defendant ULTA SALON, COSMETICS & FRAGRANCE, INC.

---

[1] Pursuant to Judge Ohta's Civil Chambers Rules, counsel for Ulta contacted Chambers via telephone on Friday, September 11 and Monday, September 14, 2026 at 11:11 a.m., PST and 1:27 p.m., PST and left a voicemail message requesting a hearing date for presentation of this Motion. At the time of this filing, Ulta has not yet received a hearing date for presentation of this Motion.